IN THE UNITED STATES DIST.
COURT FOR THE NORTHERN DIST. ILLINOIS

Rodney Delzboin
Plaintiff,

v.

United States of America
Defendant

Case No. 20 CV 50141

**FILED**
AUG 20 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiffs motion for judgement and or status update...

With All Due Respect to the Courts Now comes Delzboin Plaintiff pro se with this motion and he further states the following

1) The outcome of this case has a immediate Affect on my Release... Due to the fact my outdate is 9-20-23 (GTC Date) my max Release is 3-3-24 so as far as my Court Order RDAP Requirement The Court's Delay Effects my Participation Due to the timeframe Criteria...

2) My Release plan preparations is also Effected because the Unit Team cant nor will not start my paperwork yet... until my Time Credit is Fixed... So the Plaintiff prays that the Courts Grant Him Relief in ordering the FBOP to Fix His outdate (Jail Prior Time Credit)

3) Its Been A Little shy of one Full year And the only Thing I Heard from the Courts in March of 2021 is that my case is still under Advisement, I would like to know what that mean And How long do this Honorable court Have to make A Decision...? I'm not a student of the Law Im just Tryna Get my Prior credit custody thats owed to me so I can Go Home I tired of Jail...